*[Handwritten annotations across top margin:]* Exp out of Black 145 South the Division of Worry / I'm USDC Fitting NY ints financed District Manhattan Police / 17th Dist & Governors Office NY & / TX, GA / DonJTrump next,

**PRISONER'S CIVIL RIGHTS COMPLAINT** (Rev. 05/2015)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _Western_ DISTRICT OF TEXAS
## _Midland_ DIVISION

RONDON-MARTINEZ, Jorge TDCJ# 2249139
Plaintiff's Name and ID Number

Gib Lewis 777 FM 3497
Woodville, TX 75980
Place of Confinement

FILED
January 09, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: J.E. DEPUTY

CASE NO. **7:23-cv-00008**
(Clerk will assign the number)
For Negotiation & change

v. USDC Northern District US Court Abilene Division
341 Pine St. Room 2008 Abilene, TX 79601
United States of America
Defendant's Name and Address

Eco Health Alliance Inc,
460 W. 34St 17th FL.
New York, NY 10001-2317 (Congressional District NY-10)
Defendant's Name and Address

Texas Department of Criminal Justice (TDCJ-2431)
P.O. Box 99 Huntsville, TX 77340 (Espionage?)
Defendant's Name and Address Defendant #4: Texas Land Office, 1700 N. Congress Ave,
( DO NOT USE "ET AL.")   Suite 935 Austin, TX 78711

## INSTRUCTIONS - READ CAREFULLY

NOTICE: NOTICE your subject to inexhaustable preceptively Pandemic of Rebellions & Domestic Terrorist Victory & your Deaf

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

GRANT My Military Speare Hearing Now with Tex R. Evid 508 (c) (2) Spy Informant testimony for understanding how TDCJ fed military Rule of Actual Treason PLRA illegitimate.

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ____YES __✓__NO

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit:_____
   2. Parties to previous lawsuit:
      Plaintiff(s)_____
      Defendant(s)_____
   3. Court: (If federal, name the district; if state, name the county.)_____
   4. Cause number:_____
   5. Name of judge to whom case was assigned:_____
   6. Disposition: (Was the case dismissed, appealed, still pending?)_____
   7. Approximate date of disposition:_____

Rev. 05/15

(7'43" 10/14int 7'25')
cb Lewis 777 FM 3497

II. PLACE OF PRESENT CONFINEMENT: Woodville TX 75990

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓YES ~~NO~~

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

Under, Imminent Danger and U.S. Const. Art I, Sec 8, CL. 8 All STEP 1 J-127 & STEP 2 T-128 are

IV. PARTIES TO THIS SUIT: Trade secrets for the State of Israel National Security Restricted

A. Name and address of plaintiff: Rondon-Martinez, Jorge cb Lewis 777FM3497 Woodville, TX 75990 (USA espionage secret crime enhanced zone area 17 US. Armed Forces Area 17 or FT 8 Adolf Hitler's Missile Scientist Code)

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: USDC Northern, Abilene Division, official agency & substantive Due (clinical) care role type. address 341 Pine St RM 2008, Abilene TX 79601

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Conspired with USDC Northern Satellite San Angelo Division major human organizers with MSME - Version 1.0 first aggressor in Texas Now "FINAL SOLUTION" attack killed my family & Gassed me Zyklon-B Cyanide.

Defendant #2: Eco Health Alliance Inc., conspiratory enhance lung death in me just matched to Zyklon-B lung damage. address, 460 W. 39th 17th FL. New York, NY 10001-2317

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Eco Health conspiracy with Abilene & Anglo federal individual Sam R. Cummings, John Parker & James Wesley Hendrix all Federal judge in capacity armed & release Dual Research bring-to-lung assaults on my lungs.

Defendant #3: Tex Dept of Criminal Justice, positioned all crimes on its premises by designed Act & function address: Post Office Box 99 Huntsville, TX 77340 (Institutional Nazi Art Center)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
TDCJ at all times on all unit damaged me with continual ongoing follow-up & its November 9, 2009 Nazi Krystallnacht raids statewide destroyed & cruelly brutalized with shouts & Heil Hitler.

Defendant #4: Texas Land Office responsible for omitting ownership to World War N # 25 land owner prison building & TDCJ Plats soil. Address 1700 N. Congress Ave Suite 735 Austin, TX 78711

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
It commanded decades of Nazi & communist Russia and Chinese CCP land & Structural developments unit to unit is espionage now advancing death & injury by George Bush secret command & Greg Abbott's math vocabulary coded 13s -17- 80US95x6.

Defendant #5: Texas Court of Criminal Appeals, authorizes legitimacy of court & integrity of conviction. address: P.O. Box 12308 Capitol Station Austin, Tex 78711

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
TCCA judges individually worked purposely as State actor falsity pattern of falsity purposely to create financial gain-of-function enhanced wrongfully for decades undetected damaging me & my family with science, technology and special knowledge in use of common law witch craft & Black magic criminal prosecution of me with civil power injury bodily injury by lynching me with secret foreign Nazi type chronic schizoid Judge organization racketeer & crimes against my humanity

Rev. 05/15

### V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

*[Handwritten annotations throughout:]* That Henry Romasther #1867232 Saint Legacy with LT John Sant Ramon Cumming Et Al Mexico/China Army has Filed 11/15/2022 Case No. 6:22-CV-00059H, involved with Spying over Texas.

U.S. Army Lt. Gen. Kenneth Nelson in Odessa Texas Paid Pow Burned out home for quitting our Mission call him at his new home we can also burn with Mexico smoke of Napted bomb. Tell him Commander (President) of Mexico is China empower to Reveal USDC Fed military Rule in Secret TDCJ death Camp type Nazi styled, in fusion confluence of influence of Only thatt Nazi Pinoh George W. Nazi Bush R. not one more communist real dictators to destroy prisoner clowns by illegitimate USDC & SCOTUS treasonous PLRA & CCR Chinese Re-education PRISON Re-form of Unconstitutional legislation PLRA & Treason in AEDPA on FCS victim of FCS Military Prison World War OTQ

### VI. RELIEF:

697-17 = Crime by OTG police

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Grant and produce Federal Treaty order upon & before the State of Israel, Jerusalem Governing Knesset power to enter TDCJ 2431 property any unit of items at TDCJ to be investigated for War Crimes against Israel predictive policing, information & data fusion for war crimes and mini-genocide clear and present danger that Nov 9, 2003 suit Huntsville Nazi Roy Stallings fof Raid every TDCJ unit state wide at 09:00 on Nov 9,09 war attack & Grant me compassionate Release from TDCJ & State of Texas fraudulent court legitimacy w/ lack of integrity to conviction.

### VII. GENERAL BACKGROUND INFORMATION:

USDC Abilene dismissals of civil actions filed for Israel Military was a war/treaty crime by Sam R. Cumming US

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Rondon-Martinez Jorge. NOTEFYS my command and U.S./Mexico Commission Restricts this issue My Classified Information Procedures Act (CIPA) – Foreign Intelligence Surveillance Act (FISA Ct) restricts

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal claim by USDC names prison or FBI numbers ever assigned to you. I have two Russian KGB² identification #272391 FBI 629 encrypted alpha numicals

Nott: 2249139 FBI #10663 - SVS Commander of Special Ops on Goodfellow Training Wing #17 may be of your international diplomacy war benefit info

### VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ~~YES~~ (NO)

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): Espionage on Crimes
2. Case number: Bush & Cumming (Geo Soph) SNTX No. 6:09-CV-71 (N.D. Tex. Aug 8,)
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ___ YES ___ NO

Rev 05/15

Mission Statement Destroy Federation Globally Re-establish Coded Legitimate Government Ceremonial Ordained power Over United States/Texas First

C. Has any court ever warned or notified you that sanctions could be imposed? ~~YES~~ (NO)

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____
2. Case number: Cifuny TCCH Austin Pet No A-04-0780-5 /w-3 Mar 2nd 2022
3. Approximate date warning was issued: 8-08 9-08 9-0 Judge unanowing 22 to Zip
   in Granting Remand Now Abolished & Shredded
   by Tom Green
   Barbrah walther Rondan-Martinez, Jorge

For Executed on: 1-1-2023                        Rondon Martiney Jorge #2249139
Relief also Grant Injunction that TDCS Stop Points      (Signature of Plaintiff)
I gave TCCH 1,000 opportunities
for understanding I will expled expanded Rebellion Revolution & Destroy
                                                                    America
PLAINTIFF'S DECLARATIONS                                            Prisoners.

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid. Summary Fact to Bargain:
                                                                    USDC may Negotiate Orders &
                                                                    withdraw N.O.W or set
Signed this First day of January, 20 23.  Congressional Hearings on
        (Day)              (month)         (year)    Secrecy on Emergency Alert.

We will Be heard World                                          Infiltrator
Media Bypress to Attack all                Rondon-Martinez, Jorge
USDC matted crime & Texas Prisons          Rondon Martiny Jorge #2249139
Transport vehicles & DPS Storm Nazi troopers  (Signature of Plaintiff)
ambushed Command to stop DPS Chief Steve McCraw will be Snipered
                                                   FINAL SOLUTION 913

WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.
                                                      Release 17,000
How be you like your Eggs — Scrambled?               TDCJ prisoners
How do you Explode & Implode Judges Who use          Relief over 19 years
the World-Words of delusional & Frivolous to Cover-up's  Sentences
Silence what they know will kill them if Public Awareness-Hits.
                                                      Rev. 05/15

WM File if needed 2 cases 6351-357 Motion Re Filed Bid Counts
Request for his Unsoundment & Brain Contamination into biased life

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE Western DISTRICT OF TEXAS
Midland DIVISION

Rondon-Martinez, Jorge
TDCJ # 2249139 ("Spy & infiltrator")
Plaintiff's Name and ID Number
Bib Lewis 777 FM 3497
Woodville, TX 75980
Place of Confinement

Relevance of
All Negotiations of Facts Excepted.

CASE NO. _____
(Clerk will assign the number)

v.
United States of America, USDC Southern District,
Houston Division P.O. Box 61010 Houston, Texas 77208 (Espionage?)
Defendant's Name and Address
Tom Green County Sheriff's Office
222 W. Harris Ave, San Angelo, Texas 76903
Defendant's Name and Address
State of Texas Land Office, 1700 N. Congress Ave,
Suite 935, Austin, Texas 78711
Defendant's Name and Address Defendant #4. Eco Health Alliance Inc.,
(DO NOT USE "ET AL.") Defendant 4. 520 8th Ave, Room 1200
New York, NY 10018-4183 (Congress Dist. NY-12)

INSTRUCTIONS - READ CAREFULLY

NOTICE: NOTICE: Yourself is subject to Dismissal & I can't
WARN you David Counts run & hide the More he/he can't Save you from
Your complaint is subject to dismissal unless it conforms to these instructions and this form.
Jerry Rychlks
Evil Conspiracy

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks. Jerry Rychlks Killed You All
Jdj. Barbra L. Walther killed all your Children with their Stupidity that they have Immunity for Genocide

Rev_05/150

(Gibb Lewis Unit & witches Poo, pp 447 13 = 522 claimed)
Gib Lewis Unit 777 FM 3497

II. PLACE OF PRESENT CONFINEMENT: Woodville, Tx 75990

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? YES

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

At all times US const article I, sec 8, cl. 8 gives overwhelming and over-riding foundational authority & power the keep STEP 1&2 secret for National Security

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Rondan-Martinez, Jorge; Gib Lewis Unit 777 FM 3497 Woodville, TX 75990 (US A masked, disguised & organized for government crimes against voters & prisoner claims)

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: USDC Southern Houston Division responsible for domestic court legitimacy & integrity, P.O. Box 61010 Houston, Texas 77208 (Secret Space City Criminal 1938-2023)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
"When Nazi WWII war scientist criminals was aided and sheltered and provided new secret identity and genoic definal solution" resurgency in Houston NASA Space "Living room" dog whistle reason interay act of Fed funded 501"

Defendant #2: Tom Green County Sheriff Office responsible for public safety 13 county seat GPS @: 222 W. Harris Ave San Angelo, Texas 76903 (Rome Vatican San Angelo site)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you Knowingly Refused to stop Federal Government planting underground elite Nazi Final Solution War Crime and criminals covert overthrow of civil powers and racial protection to its county/state community, premise, and people.

Defendant #3: Texas Land Office responsible for land secrets national border Sovereignty for public defense purchased land. GPS at: 1700 W. Congress Ave, Suite 935 Austin, TX 78711

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Actually Guilty for crimes selling land survey method espionage plats/lots/Block/Area V2 for development of every stage, form or type of co-ordinating secret foreign fascist & communist purposely provide strong land placement to known enemies of Republic & Texas - STATE of Texas US A enemy

Defendant #4: EcoHealth Alliance Inc, bioweapon dual research genetic genocide combatant underground Ground, developmental crime analysts @ covert 520 8TH AVE RM 1200 New York, NY 10018-4183 equation format

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Murdered my family & bat flock in my possession and in my responsibility to provide my family mankind life liberty and pursuits of happy premises or happiness right/rites to safe religion & unharmed undamaged body, mind, heart which EcoHealth Allies Inc, attacked & robbed by its burnt project

Defendant #5: American Correctional Association Standards & Accreditation Dept, Due Crime Zone responsible for prison environment @: 206 North Washington St, Suite 200 Alexandria, VA 22314 (Command Center) GPS

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. is responsible I am injured and damaged by ACA every (TDCJ 243/coded specific unit that ACA is responsible to analystreally analyze secrecy technology, Special Person knowledge evolving from prior history pattern of prison cruel premises & torture math promises designs in TDCJ mass formation & Texas & other American prisons government & established secret Slavery hidden-in-plain-sight and undeniably TDCJ cult math witches governing of prison with painting method formed Art such as 243/OTDCJ Nazi crime Masonic dictators Texas Camouflages & Sets witch craft demons & dominion blood rituals in TDCJ building premises for murder or mayhem robbery - treason and inhumane continuity Brain damage to me with bludgeoning head trauma Accreditation Devil by ACA

Rev 05/15

to use defendant state law enforcement commission in violation in lawsuit ie. "Ramo, Cummings filed 11/15/2022 Judge Tommy W. Hendrix

V. STATEMENT OF CLAIM: Case number No. 6:22-cv-0059-H for Mexico Army

We are a Prison Military Army Expanding China

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Pay me $17 trillion for war reparations Texas-New York? Texas-USDC, attempted murder by government Coded Treason & Biological assault. almost killed me & left me with unnatural damages ongoing imminent danger of death & dying by defendants secret war on health so mini-genocide science used by defendants with secret speech in math to evade prosecution and greedily harvest citizens prosperity & harvest dead TDCJ bodies for human experiments defendants place in the hands of advancing science to murder by government camouflaged crimes & others now shockingly found blazenly blatant in TDCJ tracked ongoing straight to defendant CORE epicenter & Jerry Rychlik's crimes in Tom Green Cnty Cases No A-04-0920-SA & A-04-0921-S in the 51st Dist. Ct. of West Texas San Angelo so hash/criterion.

VI. RELIEF: GRANT Rights for Court & Congressional Hearings Code Analysts GRANT Spears Hearing TCCR End 505 openly... Exhibited

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Prisoner Exchange for Prisoner Silence to irrefutable - undeniable treachery - treason by defendants use of alphanumeric ancient knowledge sets & arcane skill, history of promoting weapons of mass destruction by secrets of to GOD 964 Silence Crimes. Exchange the life of Jerry Rychlik & July Barbra L. Walters in exchange for your own life & live. We surely & truely will kill you Judge David

VII. GENERAL BACKGROUND INFORMATION: New UKM Sam R. Cummings & Barak H. Obama

A. State, in complete form, all names you have ever used or been known by including any and all aliases. 286(1)

Rondon-Martinez, Jorge. Code names will be provided as necessary upon & within Spears Hearing as National Security Treachery Codes Treason Was, is

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#2249139 Only NO-other FCI or TDC/TDCJ assigned #. We are an Army Crowning Green & virtuely powerful muscle on the TDCJ Valley & Dry Bone No

VIII. SANCTIONS: make Texas-US overthrowing civil power by PLRA Treason

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? YES (NO)

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): For History of Spying
2. Case number: F/D; I cite cases 6:08-mc-005 & 6:08-mc-006
3. Approximate date sanctions were imposed: W-TX Mag No Numbers Israel or mf-Versa
4. Have the sanctions been lifted or otherwise satisfied? YES NO

("Mission Statement "FINAL SOLUTION" Nazi Turns Into "FINAL-PEACE" By Annihilation & Devastation In Existing Laws") First annihilate USDC illegitimate case dismissed Orders & Fed Marshals lack of integrity.

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed?   ~~YES~~  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): ~~scribbled out~~
2. Case number: See Ramos No. 6:22-cv-00594 (ND Tex 11/15/2022
3. Approximate date warning was issued: _Your self you vexatious Prison Judge Rat Dave Counts nazi liar_

Executed on: 1-1-2023
       DATE

_You will NOT DISMISS This Rebellion War! We will not shut-up! March to War!_

Rondon-Martinez, Jorge
Rondon Martinez Jorge #2249139
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid. _Summary: Judges see Lastly we are to Negotiated Amends Felt Bargains_

Signed this _First_ day of _January_, 20 _23_.
       (Day)           (month)         (year)

_Worn Yourself U.S. pet Texas_

Rondon-Martinez, Jorge
Rondon Martinez Jorge #2249139
(Signature of Plaintiff)

_I'm - This warning goes 1,000 points & US nework on lies. Nazi judicial/Times on you Fed judges of evil Crime on Humanity_

**WARNING**: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

_WARNING: DEFENDANT is advised its false & or deliberately misleading lying omitting truth-omitting fairness omitting the Whole Truth while it adds lies in cover-up for wrongful forfeiture will be his being met not For a First of A kind cases to kill-Murder as bid for War! Victory!_

Rev. 05/15
5

I am writing this complaint under duress at my 221442 command.

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT FOR THE Western DISTRICT OF TEXAS Midland DIVISION

Negotiator/Judge make an offer for Commander Reviews council

Rondon-Martinez, Jorge TDCJ# 2249139
Plaintiff's Name and ID Number

Gib Lewis 777 FM 3497
Woodville, TX 75896
Place of Confinement

CASE NO. _____
(Clerk will assign the number)

v.

Texas Department of Criminal Justice P.O. Box 99
Huntsville, TX 77340
Defendant's Name and Address

For Negotiation Fact Bargaining Anchor Always Mejo for the Peace

Tom Green County Courthouse
112 W. Beauregard Ave. San Angelo, TX 76903
Defendant's Name and Address

UNITED STATES OF AMERICA Satelite U.S Court Northern, San Angelo Division
33 East Twohig ST, Room 202 San Angelo, Tx 76903
Defendant's Name and Address Defendant #4 "Texas Land Office, 1700 N. Congress AVE,
( DO NOT USE "ET AL.") Suite 935 Austin, Tx 78711 (Espionage?)

**INSTRUCTIONS - READ CAREFULLY**

NOTICE: Release 13,000 FCD prisoner sentenced over 52 month
Release 17,000 TDCJ prisoner sentenced over 19 years.

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Your Deaths by — Andy Kolb — Phillip Race — Jerry Rychlik & jdy Race Lue feste has Killed you, judge David County & U.S Att. cannot save you (Witches?)

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ~~YES~~ / NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: _____
      2. Parties to previous lawsuit:
         Plaintiff(s) _____
         Defendant(s) _____
      3. Court: (If federal, name the district; if state, name the county.) _____
      4. Cause number: _____
      5. Name of judge to whom case was assigned: _____
      6. Disposition: (Was the case dismissed, appealed, still pending?) _____
      7. Approximate date of disposition: _____

Rev. 05/15

2

II. PLACE OF PRESENT CONFINEMENT: Gib Lewis 777 FM 3497 Woodville, TX 75990

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure? ✓ YES
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

Under U.S. Constitution Article I, Sec. 8, Cl. 8 Trade Secret Writings Author & Inventor has

IV. PARTIES TO THIS SUIT: Special Access Classified Information Procedure Act Restriction (CIPA).

A. Name and address of plaintiff: Rendon-Martinez, Jorge TDCJ# 2248139, @ TDCJ Unit Gib Lewis 777 FM 3497 Woodville, TX 75990 (J Rendon-Martinez hired private State of Israel spy, integrity group to break coded messages of all defendants mentioned at all times alpha-numerical brokerage order Forked)

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Texas Department of Criminal Justice; position Substantive Duty of Care, Post Office Box 99 Huntsville, TX 77340 (77-(340 at investigations)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
At all times defendants State actor falsity used to fraudulently conceal damages by Premises when defendant knew or should have known, premises liability weaponed my assaults

Defendant #2: Tom Green City Courthouse; position of due care to humanity needs address: 112 W. Beauregard Ave, San Angelo, TX 76903 (USA-espionage 17)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Core espionage with national crimes against humanity numbered for deliberate acts of Concealing Crimes by foreign power supported & aided by Federal Military Rule

Defendant #3: US Court for Northern Satellite District of San Angelo Division, position Military Espionage Base 17 Crimes address: 33 East Twohig St, San Angelo, TX 76903

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Premises of this US Court is a Master Planning Area 17 of US AF Base 17 position where actual Nazi underground crimes set 2019 mini genocide biological conspiracy with Eco Health Alliance, Inc.

Defendant #4: Texas Land Office, position as command center espionage crimes fusion GPS address: 1700 N. Congress Ave, Suite 935, Austin, TX 78711

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Command Center for TDCJ land conspiracy crimes of codes & maths operates to provide aid & shelter to war criminal ongoing secret attacks on American prisoners & public voters unable to break math 13 encoded communisms Base code 17 as land address of TDCJ Buildings

Defendant #5: EcoHealth Alliance Inc, as a criminal incorporation gain-of-death by function address: 460 W. 34th 17th Fl, New York, NY 10001-2317 (espionage address USA CIA)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
EcoHealth Dual Research Dual Death Gain-of-Function mini-genocide I suffered falls, injuries, body damage, property loss, suffered under TDCJ cruel human experiments by University of Texas Medical Branch commanded by EcoHealth retail service, sales, world order war on my property & health additional sufferage & loss to EcoHealth Allies and co-conspirators close financial district New York Wall Street Command inflation by genius American Market espionage Macro-economics infusion EcoHealth - Macro-economics Enabling Act of Adolf Hitlers that D. Peter Daszak printed for D. Anthony Fauci's weapon released.

Rev. 05/15

An *(illegible)* of *(illegible)* Academy as agent John Henry Ramos TDCJ# 1967237 filed suit in Operation Breakcode 17 in his lawsuit No. 6:22-cv-00598 Filed 11/15/2022 12:23 PM CST of Ramos v. Cummings et al.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. Exchange 17,000 TDCJ prisoners with sentences of over 19 years or negotiate for anchoring other alternatives due to the severely serious nature of TDCJ military prison crimes that extend outside TDCJ into crimes against Global Humanity. Defendants at all times were warning by my Commander CES VO they have been discovered in their crimes for now our going over 34 years & Notices & warning by my Lower Military Commanders that defendants deliberately & wantonly destroy or shredder exhibits - documents - evidence and all knowledge in a war campaign by defendants to Murder/Rob/Spoil endless Pay $17 Trillion or Die & we will take it from you & your dead bodies.

VI. RELIEF: Texas remains under Fed Military Rule now on-going Militarized TDCJ uniformed Academy soldiers at TDCJ war prison Secret Area 17 crime State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or wave statutes. Contact Notice Order to the State of Israel, Jerusalem Military Subpoenaed, Satelite channel 12 - San Angelo Texas is the key & core premises in ground to satelite action way or more. Grant Prisoner exchange, means Release me from Prison for my silence & my dismissal of Suit & Grant compensatory damage $1.7 million; Grant Punitive Damages at $51 million anchor there 3 Grants in USDE obligated amount anchored by Courtship & Federal Military Rule in TDCJ

VII. GENERAL BACKGROUND INFORMATION: I am investigating Texas Government crime against Mexico and Israel Secret war & quasi-war crimes plainly painting TDCJ
 A. State, in complete form, all names you have ever used or been known by including any and all aliases. Randon-Martinez, Jorge (the rest are Classified Information Restricted US Const applied) CIPA - FISA cut and Global Security - National Security protects my spy/exped. adancy info.
 B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
"No": 2249139 - (SECRET Mexico - China expedition EL TEJAS FISA Restricted)
PBF# 10663 - SVS support spy person may provide insight to military operation & our Orders 1972-2032
VIII. SANCTIONS: 60 years Obligated Spy number ID surveillance US-UK-China & Russia Apply we have KGB identification numbers for proof of United Nations Assembly NY
 A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ~~YES~~ ~~NO~~
 B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
  1. Court that imposed sanctions (if federal, give the district and division): For Spys history &
  2. Case number: Life "NT" No. 6:08-mc-0005 & 6:08-mc-0006 International i.e.
  3. Approximate date sanctions were imposed: _____
  4. Have the sanctions been lifted or otherwise satisfied? ~~YES~~ NO

Rev. 05/15

"Mission Statement Destroy Fed U.S. Dept Treasury 17 Latin Letters i.e.
"NOVUS ORDO SECLORUM = 17 & 561 Germanic Genocide & Israel Planned"

C. Has any court ever warned or notified you that sanctions could be imposed?  ~~YES~~ (NO)

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____
2. Case number: Fuck 51st Dist Ct Cases No. 1-04-0890-CR & 1-04-0891-S Tom
3. Approximate date warning was issued: up your Green Hitler Ass Bitch J. Nick Hanna Nazi Rangers etc

Executed on: 1-1-2023        Rondon-Martinez, Jorge
              DATE

Kill Jerry Rychlik & Steb                    Ronden Martinez Jorge #2249139
Judges Barbra L Walthers & Carmen Dusek & Set Nick Hanna    (Signature of Plaintiff)
                                Body on Fire for wrongful conviction
PLAINTIFF'S DECLARATIONS    Cover-up & New Nazi Jail Set-up Channeled

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  First  day of  January , 20 23 , @ 03:06 Am
             (Day)           (month)          (year)

Pay 17 Trillion dollars are we will kill Holy people endlessly criminal
you & take it Back what you took from
                                    Ronden Martinez Jorge Spy
you USPC Midland Division            Ronden-Martinez Jorge #2249139
have violated your own warning         (Signature of Plaintiff)

WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice. over

Release 17,000 TDCJ prisoners with 19 years sentence
& Release 13,000 FCJ federal prisoners with over
          52 month sentence We will Open Prison Doors
Globally        Revolution is Here Janus 1-2023

Rev. 05/15



Rondon-Martinez, Isaac E. #20-4939
Gib Lewis 777 FM 3497
Woodville, TX 75990

ATTENTION:
CLERK, U.S. DISTRICT COURT
Western District of Texas
Deputy U.S. Courthouse
200 E. Wall Street, Room 222
Midland, TX 79701

JUDICIAL SUSPICION PETITION Art 17

CLAIM in Hypothetical
on PLRA is actual
Legislators High Treason
Bush-Biden-21st Pres
over thrown Civil Powers
& adv encroachment Nu Slavery 13
New Evidence Fed'l R Evid Art VII

"Three Filing Inside"

SHREVEPORT LA 710
5 JAN 2023 PM 3 L