UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| JORGE RONDON-MARTINEZ § | |
| § | |
| vs. § | NO:  MO:23-CV-00008-DC |
| § | |
| USDC NORTHERN DISTRICT US COURT, § | |
| ECO HEALTH ALLIANCE INC., TEXAS § | |
| DEPARTMENT OF CRIMINAL JUSTICE, § | |
| TEXAS LAND OFFICE § | |

## ORDER OF DISMISSAL

Before the Court is what was filed as Plaintiff Jorge Rondon-Martinez's 42 U.S.C. §1983 case. This §1983 was filed on January 9, 2023. [docket number 1]. Because Plaintiff did not pay the $402.00 filing fee, the Court presumes Plaintiff seeks leave to proceed *in forma pauperis*.

Plaintiff's pleadings are delusional, threatening, and utterly frivolous. *See Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992). This Court would note that this §1983 case, purportedly filed by Plaintiff, is factually indistinguishable from another §1983 filed by Claude Chadwick in this Court weeks ago. This §1983 also appears to be in Chadwick's distinctive handwriting. Chadwick is apparently housed near Plaintiff and has manipulated Plaintiff into allowing Chadwick to file this case in Plaintiff's name based on Chadwick's facts and theories.

Chadwick already filed a nearly identical complaint in the Midland/Odessa Division of the Western District of Texas in Cause No. MO:22-CV-00255-DC raising the exact same fantastical, threatening, and delusional claims as raised here. That case was dismissed as three-strikes barred. Because Plaintiff's claims in this lawsuit duplicate allegations contained in Cause No. MO:22-CV-00255-DC, Plaintiff's complaint must be dismissed.

Consequently, this case must be dismissed without prejudice as duplicative. *See* 28 U.S.C. §1915(e)(2)(B); *Pittman v. Moore*, 980 F.2d 994, 994–95 (5th Cir. 1993) (finding that an *in forma pauperis* complaint is frivolous when it "duplicates allegations of another pending federal lawsuit by the same plaintiff," and that courts should ensure "that the plaintiff obtains one bite at the litigation apple—but not more").

It is therefore **ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing another case of his own, if necessary, and this case is now **CLOSED**.

It is so **ORDERED**.

SIGNED this 13th day of January, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE