UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| JORGE RONDON-MARTINEZ § | |
| § | |
| vs.  § | NO:  MO:23-CV-00008-DC |
| § | |
| USDC NORTHERN DISTRICT US COURT, § | |
| ECO HEALTH ALLIANCE INC., TEXAS § | |
| DEPARTMENT OF CRIMINAL JUSTICE, § | |
| TEXAS LAND OFFICE § | |

## FINAL JUDGMENT

On this day the Court entered an Order dismissing Plaintiff's §1983 case as duplicative. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Plaintiff's 42 U.S.C. §1983 Complaint is **DISMISSED AS DUPLICATIVE** of Cause No. MO:22-CV-00255-DC.

It is **ORDERED** that the above-captioned cause is **DISMISSED WITHOUT PREJUDICE**, with the Parties to bear their own costs.

It is **ORDERED** that all other pending motions, if any, are denied as moot.

It is so **ORDERED**.

SIGNED this 13th day of January, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE